IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 24-cv-00303-CNS-KAS | Date: May 8, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| THE BEAUTY COLLECTIVE LTD<br>**Plaintiff** | *Timothy Getzoff* |
| v. | |
| BURLINGTON STORES INC<br>**Defendant** | *Tyler Marandola* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 8:58 a.m.

Appearance of counsel.

Argument as to [13] Defendant Burlington Stores Inc.'s Rule 12(b)(6) Partial Motion to Dismiss given by Mr. Marandola and Mr. Getzoff with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[13] Defendant Burlington Stores Inc.'s Rule 12(b)(6) Partial Motion to Dismiss is GRANTED in part and DENIED in part. Granted as to claim two, denied as to claims four and five.**

**Plaintiff is granted leave to file an Amended Complaint within 10 calendar days.**

Court in Recess: 9:44 a.m.   Hearing concluded.   Total time in Court: 00:46